United States Bankruptcy Court
Central District of California

In re:                                                          Case No. 14-10391-ES
Mariana V. Gerzanych                                            Chapter 11
Timothy L Mason
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0973-8            User: admin         Page 1 of 2              Date Rcvd: Apr 07, 2015
                               Form ID: pdf042     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2015.
db/db          +Mariana V. Gerzanych,    Timothy L Mason,    26092 Cresta Verde,    Mission Viejo, CA 92691-5802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2015                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2015 at the address(es) listed below:
        David  Guess    on behalf of Mediator David M. Guess dguess@ktbslaw.com
        Elizabeth A Lossing    on behalf of U.S. Trustee    United States Trustee (SA)
        elizabeth.lossing@usdoj.gov
        Frank  Cadigan    on behalf of U.S. Trustee    United States Trustee (SA) frank.cadigan@usdoj.gov
        Frank T Pepler    on behalf of Defendant    350 Green, LLC frank.pepler@dlapiper.com,
        sara.tumey@dlapiper.com
        Frank T Pepler    on behalf of Defendant    Car Charging, Inc. frank.pepler@dlapiper.com,
        sara.tumey@dlapiper.com
        Frank T Pepler    on behalf of Debtor Mariana V. Gerzanych frank.pepler@dlapiper.com,
        sara.tumey@dlapiper.com
        Frank T Pepler    on behalf of Plaintiff Mariana V. Gerzanych frank.pepler@dlapiper.com,
        sara.tumey@dlapiper.com
        Frank T Pepler    on behalf of Debtor Timothy L Mason frank.pepler@dlapiper.com,
        sara.tumey@dlapiper.com
        Frank T Pepler    on behalf of Defendant    350 Holdings, LLC frank.pepler@dlapiper.com,
        sara.tumey@dlapiper.com
        Frank T Pepler    on behalf of Plaintiff Timothy L Mason frank.pepler@dlapiper.com,
        sara.tumey@dlapiper.com
        Frank T Pepler    on behalf of Defendant    Car Charging Group, Inc. frank.pepler@dlapiper.com,
        sara.tumey@dlapiper.com
        Kathleen S Kizer    on behalf of Plaintiff Timothy L Mason kathleen.kizer@dlapiper.com
        Kathleen S Kizer    on behalf of Plaintiff Mariana V. Gerzanych kathleen.kizer@dlapiper.com
        Kathleen S Kizer    on behalf of Defendant Mariana V. Gerzanych kathleen.kizer@dlapiper.com
        Krikor J Meshefejian    on behalf of Interested Party    Courtesy NEF kjm@lnbrb.com
        Krikor J Meshefejian    on behalf of Debtor Mariana V. Gerzanych kjm@lnbrb.com
        Kurt  Ramlo    on behalf of Attorney    Levene, Neale, Bender, Yoo & Brill L.L.P., kr@lnbyb.com
        Kurt  Ramlo    on behalf of Interested Party    Courtesy NEF kr@lnbyb.com
        Kurt  Ramlo    on behalf of Debtor Mariana V. Gerzanych kr@lnbyb.com
        M Douglas Flahaut    on behalf of Creditor    Car Charging Group, Inc. flahaut.douglas@arentfox.com
        M Douglas Flahaut    on behalf of Plaintiff    350 GREEN, LLC flahaut.douglas@arentfox.com
        M Douglas Flahaut    on behalf of Defendant    Car Charging, Inc. flahaut.douglas@arentfox.com
        M Douglas Flahaut    on behalf of Defendant    Car Charging Group, Inc. flahaut.douglas@arentfox.com
        M Douglas Flahaut    on behalf of Creditor    Car Charging, Inc. flahaut.douglas@arentfox.com
        M Douglas Flahaut    on behalf of Creditor    350 Holdings, LLC flahaut.douglas@arentfox.com
        M Douglas Flahaut    on behalf of Creditor    350 Green, LLC flahaut.douglas@arentfox.com
        M Douglas Flahaut    on behalf of Plaintiff    350 HOLDINGS, LLC flahaut.douglas@arentfox.com
        M Douglas Flahaut    on behalf of Defendant    350 Green, LLC flahaut.douglas@arentfox.com
        M Douglas Flahaut    on behalf of Plaintiff    CAR CHARGING, INC flahaut.douglas@arentfox.com
        M Douglas Flahaut    on behalf of Defendant    CAR CHARGING GROUP, INC. flahaut.douglas@arentfox.com
        M Douglas Flahaut    on behalf of Defendant    350 Holdings, LLC flahaut.douglas@arentfox.com
        Ovsanna  Takvoryan    on behalf of Interested Party    Courtesy NEF ovsannat@ttapc.com
        Ovsanna  Takvoryan    on behalf of Debtor Timothy L Mason ovsannat@ttapc.com
        United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

District/off: 0973-8              User: admin              Page 2 of 2              Date Rcvd: Apr 07, 2015
                                 Form ID: pdf042          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                              TOTAL: 34



FILED & ENTERED

APR 07 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MARIANA V. GERZANYCH,<br><br>            Debtor. | Chapter 11<br><br>CASE NO.  8:14-10391-ES<br>consolidated with 8:14-10395-ES<br><br>**CHAPTER 11 STATUS<br>CONFERENCE ORDER** |
| In re<br><br>TIMOTHY L. MASON,<br><br>            Debtor. | Date:   May 12, 2015<br>Time:  10:30 a.m.<br>Place:  Courtroom 5A |

A Chapter 11 Status Conference took place on April 7, 2015 at 10:30 a.m.

Appearances were made as noted on the Court's record.

Based upon oral argument and representations made by counsel for the parties at

the status conference, and pursuant to 11 U.S.C. § 105, and good cause appearing

therefor,

/ / /

1   IT IS HEREBY ORDERED AS FOLLOWS:

2        <u> X </u>   This Status Conference is continued to <u>May 12, 2015 at 10:30 a.m.</u>  An

3       updated status report is not required.

4                                    ###

23 Date: April 7, 2015

24                              Erithe Smith

United States Bankruptcy Judge